UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
(856) 778-8677
By: Stacey L. Mullen, Esquire (SM5598)

---

In Re:  Case No.: ___19-11443
    Michael A. Rafine,  Judge: ____JNP
    Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION OR CERTIFICATION OF DEFAULT TO TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1.   __X__ Motion for Relief from the Automatic Stay filed by creditor M&T Bank. A hearing has been scheduled for 8/13/19 at 9:00 am

OR

____ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for __, at _____ am.

____ Certification of Default filed by creditor,
I am requesting a hearing be scheduled on this matter.

OR

____ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons **(choose one)**:

____ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.
____ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

   <u>  X  </u>  Other **(explain your answer)**: <u>Debtor can cure arrears over the next 8-10 months commencing August 2019, regular payments to resume August 2019. Debtor experienced some issues at his job and that's why he fell behind with payments.</u>

   3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

   4. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Date: <u>7/18/19</u>                          /s/ Michael Rafine
                                              Debtor's Signature

**NOTE:** Pursuant to the Court's General Orders entered on January 4th, 2005, this form must be filed with the Court and served upon the creditor and the Standing Chapter 13 Trustee, **at least seven (7) days before the return date, pursuant to *DNJ LBR 9013-1(d), Motion Practice*,** if filed in opposition to a *Motion for Relief from the Automatic Stay*; **and within 10 days of the filing of a *Creditor's Certification of Default* under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions*. Absent the filing of this mandatory new form, the creditor's stay relief motion will be deemed uncontested, and the creditor's appearance at the hearing will *not* be required.**

*1/3/05/jml*