UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road - Suite 17
Cherry Hill, New Jersey, 08003
(856) 778-8677
Attorney for Debtor(s)
Stacey L. Mullen, Esquire (SLM-5588)

Order Filed on August 1, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael A. Rafine,

                              Debtor

Case No.: 19-11443 (JNP)

Chapter 13

Hearing Date:

Judge: JNP

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: August 1, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case No.  19-11443 (JNP)
Order Granting Supplemental Chapter 13 Fees
<u>Page 2</u>

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that <u>Stacey L. Mullen</u>, the applicant, is allowed a fee of $ <u>700.00</u> for services rendered and expenses in the amount of $ <u>n/a</u> for a total of $ <u>700.00</u>. The allowance shall be payable:

      <u>XXXXX</u>    through the Chapter 13 plan as an administrative priority.

                   outside the plan.

Fees will be taken into consideration at the modified plan hearing scheduled for September 4, 2019.

(Local Form 14 Rev. September 2002)

United States Bankruptcy Court
District of New Jersey

In re:  
Michael A. Rafine  
    Debtor

Case No. 19-11443-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Aug 01, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.  
db         +Michael A. Rafine,   91 Castle Heights Avenue,   Pennsville, NJ 08070-2201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2019 at the address(es) listed below:  
        Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
         summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Kevin Gordon McDonald   on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        Stacey L. Mullen   on behalf of Debtor Michael A. Rafine slmullen@comcast.net  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                           TOTAL: 6