Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 19–11443–JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael A. Rafine
  91 Castle Heights Avenue
  Pennsville, NJ 08070

Social Security No.:
  xxx–xx–5224

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              December 3, 2019
Time:             10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*45* – Certification in Opposition to (related document:44 Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: re: 91 Castle Heights Avenue, Pennsville, NJ, 08070. Fee Amount $ 181. filed by Creditor M&T BANK, 37 Order on Motion For Relief From Stay) filed by Kevin Gordon McDonald on behalf of M&T BANK. Objection deadline is 11/12/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor M&T BANK) filed by Stacey L. Mullen on behalf of Michael A. Rafine. (Mullen, Stacey)

and transact such other business as may properly come before the meeting.


Dated: November 7, 2019
JAN: lgr

                                                              Jeanne Naughton
                                                               Clerk