Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19−11443−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael A. Rafine
   91 Castle Heights Avenue
   Pennsville, NJ 08070

Social Security No.:
   xxx−xx−5224

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/6/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 6, 2020
JAN: kvr

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                       Case No. 19-11443-JNP
Michael A. Rafine                                            Chapter 13
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2       Date Rcvd: Feb 06, 2020
                              Form ID: 148                Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db             +Michael A. Rafine,    91 Castle Heights Avenue,    Pennsville, NJ 08070-2201
517984666      +KML Law Group,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517984667      +Lyon, Doughty & Veldhuis,    136 Gaither Drive,    Suite 100,    Mt. Laurel, NJ 08054-2239
517997850      +M&T Bank,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                Westmont, NJ 08108-2812
518004330     ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                (address filed with court:  First National Bank of Omaha,     1620 Dodge Street, Stop code 3105,
                Omaha, NE 68197)
517984668      +Petro,    1701 Sherman Avenue,    Pennsauken, NJ 08110-2626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2020 01:10:31     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2020 01:10:26      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518156946      +E-mail/Text: bankruptcy@pepcoholdings.com Feb 07 2020 01:09:55
                Atlantic City Electric Company,    5 Collins Drive Suite 2133,    Carneys Point NJ 08069-3600
518063351      +EDI: AIS.COM Feb 07 2020 05:18:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518050021       EDI: DISCOVER.COM Feb 07 2020 05:18:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
517984665       E-mail/Text: camanagement@mtb.com Feb 07 2020 01:09:59      M&T Bank,    One Fountain Plaza,
                Buffalo, NY 14203
518157397       E-mail/Text: camanagement@mtb.com Feb 07 2020 01:09:59      M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
518143796       EDI: NAVIENTFKASMSERV.COM Feb 07 2020 05:18:00      NAVIENT PC TRUST,
                C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
517984669      +EDI: NAVIENTFKASMSERV.COM Feb 07 2020 05:18:00      Navient,    P.O. Box 9640,
                Wilkes-Barre, PA 18773-9640
518021680      +EDI: AGFINANCE.COM Feb 07 2020 05:18:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
518524165       EDI: PRA.COM Feb 07 2020 05:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541
518524166       EDI: PRA.COM Feb 07 2020 05:18:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
518034370      +EDI: JEFFERSONCAP.COM Feb 07 2020 05:18:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518034370      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 07 2020 01:10:50      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518127584       EDI: Q3G.COM Feb 07 2020 05:18:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Feb 06, 2020
                              Form ID: 148             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2020 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stacey L. Mullen    on behalf of Debtor Michael A. Rafine slmullen@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```